UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr 38 (RNC) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| MATTHEW KATKE | : | 18 U.S.C. § 371 [Conspiracy to Commit |
| | : | Securities Fraud] |

## INFORMATION

The United States Attorney charges:

## GENERAL ALLEGATIONS

Unless otherwise indicated, at all times relevant to this Information:

1.  Defendant MATTHEW KATKE ("KATKE"), a licensed securities broker, resided in the State of New York and was a trader and managing director at RBS Securities Inc. (referred to herein as "RBS"). KATKE was hired by RBS in or about April 2008 and resigned in or about August 2013.

2.  RBS is a broker-dealer registered with the Securities and Exchange Commission ("SEC") and a Financial Industry Regulatory Authority ("FINRA") member firm. RBS is a global securities firm with headquarters in Stamford, Connecticut. RBS also has a trading floor in Stamford, Connecticut where KATKE and other members of RBS's Asset Backed Products division worked.

3.  KATKE specialized in trading collateralized loan obligation ("CLO") bonds, which are securities within the meaning of the federal securities laws.

### The Victims

4.  KATKE's victims are known by the United States Attorney to have been certain RBS customers. Some of KATKE's victims were affiliated with or subsidiaries of recipients of funds from the United States Government's Troubled Asset Relief Program.

### COUNT ONE
(Conspiracy to Commit Securities Fraud)

### The Conspiracy

5.  The allegations set forth in paragraphs 1 through 4 of this Information are realleged and incorporated as though fully set forth herein.

6.  Beginning in or about 2008 and continuing through approximately June 2014, in the District of Connecticut and elsewhere, KATKE did unlawfully, willfully and knowingly conspire, combine, confederate and agree with others, known and unknown to the United States Attorney, to commit an offense against the United States, namely: to knowingly and willfully, by use of the means and instrumentalities of interstate commerce and the mails, directly and indirectly use and employ manipulative and deceptive devices and contrivances in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, in connection with the purchase and sale of CLO bonds, by (i) employing devices, schemes, and artifices to defraud; (ii) making untrue statements of material facts and omitting to state material facts necessary to make the statements made not misleading in the light of the circumstances under which they were made; and (iii) engaging in acts, practices and courses of business which would and did operate as a fraud and deceit, in violation of Title 15, United States Code, Sections 78j(b) and 78ff.

### The Purpose of the Conspiracy

7.  The purpose of the conspiracy was to benefit RBS, KATKE and co-conspirators, including economically.

## The Manner and Means of the Conspiracy

8. It was part of the conspiracy that the conspirators agreed that they would increase RBS's profits on CLO bond transactions by making materially false and fraudulent misrepresentations and omissions that caused buyers to pay inflated purchase prices and caused sellers to accept deflated sale prices.

9. It was further part of the conspiracy that the conspirators agreed that:

   a. in transactions in which a buying victim believed that the price paid to RBS was linked to the price that RBS paid to acquire the CLO bond, the conspirators would misrepresent to the buying victim that RBS had acquired the CLO bond at a higher price than RBS actually paid;

   b. in transactions in which a selling victim believed that its price to sell a CLO bond to RBS was linked to the price that RBS was charging a buyer, the conspirators would misrepresent to the selling victim that RBS was selling the CLO bond at a lower price than RBS actually accepted; and

   c. in transactions in which a victim was buying a CLO bond from RBS's inventory, the conspirators would misrepresent to the victim that RBS was buying that CLO bond from a fictitious third party seller.

10. It was further part of the conspiracy that the conspirators agreed to conceal their fraudulent conduct in order to prevent or forestall its discovery and to achieve the purposes of the conspiracy.

## Overt Acts

11. In furtherance of the conspiracy and to effect its purposes and objects, KATKE and others did commit and cause to be committed overt acts in the District of Connecticut and

elsewhere, including, among others, on or about January 13, 2012, KATKE made misrepresentations to the seller of the "ROSEM 2006-1A D" CLO bond about the price that the buyer was paying to RBS for that bond.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES OF AMERICA

*[signature]*
DEIRDRE M. DALY
UNITED STATES ATTORNEY

*[signature]*
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
HEATHER CHERRY
ASSISTANT UNITED STATES ATTORNEY