UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr38(RNC) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW KATKE | : | March 16, 2015 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE
INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

The government and defendant Matthew Katke, through counsel, respectfully move to suspend the presentence investigation and report and to continue all sentencing dates in this case until further order of the Court.

Pursuant to a plea agreement, on March 11, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud.   At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations.   Given the ongoing nature of the defendant's cooperation, the parties believe that the Court and the parties would be better served by deferring the presentence investigation until that cooperation is complete.

Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and the sentencing schedule set forth in Magistrate Judge Martinez's March 11, 2015 Order for a Presentence Investigation and Report (AO 246B) and in this Court's March 13, 2015 Order Accepting the Magistrate Judge's Findings until this Court enters a new order.

Richard F. Albert, counsel for defendant, joins in this motion.

                                              Respectfully submitted,

                                              DEIRDRE M. DALY
                                            UNITED STATES ATTORNEY

                                                  /s/
                                              JONATHAN N. FRANCIS
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. phv05083
                                              jonathan.francis@usdoj.gov

                                              HEATHER CHERRY
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Federal Bar No. phv07037
                                              heather.cherry@usdoj.gov

                                              157 Church Street, 25th Floor
                                              New Haven, CT   06510
                                              Tel.: (203) 821-3700

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                                      /s/
                                   JONATHAN N. FRANCIS
                                   ASSISTANT UNITED STATES ATTORNEY