Crim-Mot hrg (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK Glynn, T.                    RPTR/ECRO/TAPE Warner, D.

TOTAL TIME: _____ hours 10 _____ minutes    USPO _____ INTERPRETER _____

DATE: 3/23/15       START TIME: 3:30       END TIME: 3:40

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 15cr38 RNC _____ Deft # 1 _____

UNITED STATES OF AMERICA

Heather Cherry/Jonathan Francis
_____
AUSA

vs

Brian Spears/Miriam Glaser/Richard Albert
_____

Matthew Katke
_____

Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | | |
|---|---|---|---|---|
| ☒......# 24 | Deft Matthew Katke | Motion to continue sentencing dates | ☒granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ | Motion_____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | | ☐granted ☐denied ☐advisement |
| ☐......#___ | Deft _____ oral motion_____ | | ☐ granted ☐denied ☐advisement |
| ☐......#___ | Deft _____ oral motion_____ | | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion_____ | | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | | |
| ☐.............. | Defendant REMANDED to custody | | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | | |
| ☐.............. | _____hearing continued until _____ at _____ | | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | | |
| ☐.............. | Motion Hearing continued until _____ at _____ | | |
| ☐.............. | SEE PAGE II for additional entries | | |

## DOCUMENTS FILED IN OPEN COURT

☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed
☐............. _____ ☐ filed ☐ docketed

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____