UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr38(RNC) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW KATKE | : | October 20, 2016 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE
INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

The Government, on behalf of both parties, respectfully moves to suspend the presentence investigation and report and to continue all sentencing dates in this case for eight months.

Pursuant to a plea agreement, on March 11, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud.   At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations.   The Government has not yet concluded the investigation in which the defendant is cooperating, and does not expect to do so for at least a matter of months.   Thus, the Government cannot yet fairly evaluate the scope and value of the defendant's cooperation, as is necessary for his sentencing.

Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and the sentencing schedule for eight months.

For good cause shown, the Court has previously continued the sentencing schedule in this case three times.   *See* Dkt. #26, 33 & 40.

Richard F. Albert, counsel for the defendant, has reviewed and joins in this motion.

Respectfully submitted,

DEIRDRE M. DALY
UNITED STATES ATTORNEY

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05083
jonathan.francis@usdoj.gov

HEATHER CHERRY
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv07037
heather.cherry@usdoj.gov

157 Church Street, 25th Floor
New Haven, CT   06510
Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, a copy of the foregoing was filed electronically.   Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
JONATHAN N. FRANCIS
ASSISTANT UNITED STATES ATTORNEY