UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr38(RNC) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW KATKE | : | July 10, 2018 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE
INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

The Government, on behalf of both parties, respectfully moves to suspend the presentence investigation and report and to continue all sentencing dates in this case for three months. The defendant's sentencing is currently scheduled for September 14, 2018, with the first disclosure PSR due August 3, 2018.

Pursuant to a plea agreement, on March 11, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud. At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations. The Government has not yet concluded the investigations in which the defendant is cooperating. For instance, there is currently no date for the retrial before this Court in *United States v. Shapiro*, 3:15cr155(RNC). Thus, the Government cannot yet fairly evaluate the scope and value of the defendant's cooperation in its investigations, as is necessary for his sentencing.

Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and the sentencing schedule for three months.

- 2 -

      For good cause shown, the Court has previously continued the sentencing schedule in this case five times.  *See* Dkt. #26, 33, 40, 49 & 53.

                                             Respectfully submitted,

                                             JOHN H. DURHAM
                                             UNITED STATES ATTORNEY

                                             _____/s/_____

                                             JONATHAN N. FRANCIS
                                             ASSISTANT UNITED STATES ATTORNEY
                                             Federal Bar No. phv05083
                                             jonathan.francis@usdoj.gov

                                             HEATHER CHERRY
                                             ASSISTANT UNITED STATES ATTORNEY
                                             Federal Bar No. phv07037
                                             heather.cherry@usdoj.gov

                                             157 Church Street, 25th Floor
                                             New Haven, CT   06510
                                             Tel.: (203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

                                                /s/
                                  JONATHAN N. FRANCIS
                                  ASSISTANT UNITED STATES ATTORNEY