UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:15cr38(RNC) |
| | : | |
| v. | : | |
| | : | |
| MATTHEW KATKE | : | December 7, 2018 |

**JOINT MOTION FOR ORDER TO SUSPEND PRESENTENCE INVESTIGATION AND REPORT AND TO CONTINUE ALL SENTENCING DATES**

The Government, on behalf of both parties, respectfully moves to suspend the presentence investigation and report and to continue sentencing to a date to be determined by the Court. The defendant's sentencing is currently scheduled for December 14, 2018.

Pursuant to a plea agreement, on March 11, 2015, the defendant pled guilty in open court to a one-count Information charging conspiracy to commit securities fraud. At the same time, the defendant publicly entered into a cooperation agreement with the United States, in which he agreed to provide complete, accurate and truthful information about the charged offense, to provide information concerning criminal activity, to testify before the grand jury or any court, and to participate actively in continuing investigations. The Government has not yet concluded the final prosecution in which the defendant is cooperating; there is currently no date for the retrial before this Court in *United States v. Shapiro*, 3:15cr155(RNC). Thus, the Government cannot yet fairly evaluate the scope and value of the defendant's cooperation in its investigations, as is necessary for his sentencing.

Accordingly, the parties respectfully request that the Court suspend the presentence investigation and report and continue sentencing to a date to be determined by the Court.

- 2 -

      For good cause shown, the Court has previously continued the sentencing schedule in this case six times.   *See* Dkt. #26, 33, 40, 49, 53 & 57.

                                  Respectfully submitted,

                                  JOHN H. DURHAM
                                  UNITED STATES ATTORNEY

                                    /s/
                                  JONATHAN N. FRANCIS
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Federal Bar No. phv05083
                                  jonathan.francis@usdoj.gov

                                  HEATHER CHERRY
                                  ASSISTANT UNITED STATES ATTORNEY
                                  Federal Bar No. phv07037
                                  heather.cherry@usdoj.gov

                                  157 Church Street, 25th Floor
                                  New Haven, CT   06510
                                  Tel.: (203) 821-3700

- 3 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

              /s/
            JONATHAN N. FRANCIS
            ASSISTANT UNITED STATES ATTORNEY